IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-139-RLV-DCK

| | |
|---|---|
| MARX INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHESTNUT RIDGE FOAM, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) concerning Michael A. Metcalfe, filed December 16, 2011. Mr. Metcalfe seeks to appear as counsel *pro hac vice* for Defendant Chestnut Ridge Foam, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Metcalfe is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Chestnut Ridge Foam, Inc.

Signed: December 16, 2011

David C. Keesler
United States Magistrate Judge